## C. F. Irwin, Appellee, v. J. M. Manley et al., Appellants.

### Gen. No. 6,408.    (Not to be reported in full.)

Appeal from the City Court of Elgin; the Hon. FRANK E. SHOPEN, Judge, presiding. Heard in this court at the October term, 1916. Affirmed. Opinion filed April 19, 1917.

### Statement of the Case.

Bill by C. F. Irwin, complainant, against J. M. Manley, R. H. Kramer and others, defendants, to obtain a decree that a certain city lot was not subject to the lien of a judgment obtained by Manley and Kramer for attorneys' fees against one James Sullivan, from the wife of whom, upon a decree of divorce awarding her such lot as her property, complainant purchased such lot under contract, and cross-bill by defendants seeking affirmative relief.

From a decree for complainant defendants appealed to the Supreme Court, which, in *Irwin v. Manley*, 276 Ill. 353, transferred the case to the Appellate Court.

J. M. MANLEY and R. H. KRAMER, for appellants.

CHARLES B. HAZLEHURST and GEORGE D. CARBARY, for appellee.

MR. JUSTICE DIBELL delivered the opinion of the court.

### Abstract of the Decision.

APPEAL AND ERROR, § 1748*—*when judgment affirmed for lack of evidence.* In a suit in equity by which complainant sought to obtain a decree that certain premises were not subject to the lien of a judgment obtained by the defendants, where, under a prior

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.

Supreme Court decision, the only question left for the Appellate Court to pass upon was whether the defendants had an interest in the premises by virtue of an alleged agreement between themselves and the complainant, *held* that this was an affirmative defense upon which the defendants had the burden of proof, and as no proof of any such agreement was offered and there was none in the record, the decree must be affirmed.

---

## Albert C. Taylor, Appellee, v. Burt Craig, Appellant.

### Gen. No. 6,311.    (Not to be reported in full.)

Appeal from the Circuit Court of Henry county; the Hon. EMERY C. GRAVES, Judge, presiding. Heard in this court at the April term, 1916. Reversed and remanded. Opinion filed May 9, 1917.

### Statement of the Case.

Action in assumpsit by Albert C. Taylor, plaintiff, against Burt Craig, defendant, to recover a balance alleged to be due for an automobile sold by plaintiff to defendant. From a judgment for plaintiff for $1,495, defendant appeals.

CHARLES W. ESPEY and JAMES H. ANDREWS, for appellant.

CHARLES E. STURTZ and WILLIAM C. EWAN, for appellee.

MR. PRESIDING JUSTICE NIEHAUS delivered the opinion of the court.

### Abstract of the Decision.

1. SALES, § 326*—*when evidence properly excluded as not coming within matters specified in notice of special defense to action*

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.